1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  HANLEY CHEW (CABN 189985)
   Assistant United States Attorneys
5     150 Almaden Boulevard, Suite 900
      San Jose, CA 95113
6     Telephone: (408) 535-5061
      Fax:  (408) 535-5066
7     E-Mail: hanley.chew@usdoj.gov

8  Attorneys for Plaintiff

9                  UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                         SAN JOSE  DIVISION
12

13
   UNITED STATES OF AMERICA,        )   No. CR 09-00720 RMW
14                                  )
          Plaintiff,                )   STIPULATION AND []
15                                  )   ORDER EXCLUDING TIME FROM
      v.                            )   JANUARY 7, 2013 TO FEBRUARY 4,
16                                  )   2013 FROM CALCULATIONS UNDER
   YEZHOU ZHAO,                     )   THE SPEEDY TRIAL ACT
17                                  )
          Defendant.                )
18  _____)

19       The parties hereby request that the Court enter this order excluding time from January 7,

20  2013 through February 4, 2013.  The parties, including the defendant, stipulate as follows:

21  1.    The defendant understands and agrees to the exclusion of time from calculations under

22  the Speedy Trial Act, 18 U.S.C. § 3161, for the period from January 7, 2013 through February 4,

23  2013 based upon the need for the defense counsel to investigate further the facts of the present

24  case, consult with defendant  and determine what, if any, additional motions are appropriate.

25  2.    The attorney for defendant joins in the request to exclude time under the Speedy Trial

26  Act, 18 U.S.C. § 3161, for the above reasons, and believes the exclusion of time is necessary for

27  effective preparation of the defense; believes the exclusion is in the defendant's best interests;

28  and further agrees that the exclusion under the Speedy Trial Act, 18 U.S.C. § 3161, should be for

STIP & [] ORDER
CR 09-00720 RMW

1  the period from January 7, 2013 through February 4, 2013.

2  Given these circumstances, the parties believe, and request that the Court find, that the ends of justice are served by excluding from calculations the period from January 7, 2013 through February 4, 2013 outweigh the best interests of the public and the defendant in a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: 1/7/13        /s/
                     FRANK UBHAUS
                     Attorney for Defendant

DATED: 1/7/13        /s/
                     HANLEY CHEW
                     Assistant United States Attorney
                     Attorney for Plaintiff

### [] ORDER

Having considered the stipulation of the parties, the Court finds that: (1) the defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from January 7, 2013 through February 4, 2013, based on the need for the defense counsel to investigate further the facts of the present case, review the discovery that the government has already provided and will provide and evaluate further possible defenses and motions available to the defendant; (2) the exclusion of time is necessary for effective preparation of the defense and is in the defendant's best interests; and (3) the ends of justice are served by excluding from Speedy Trial calculations the period from January 7, 2013 through February 4, 2013.

Accordingly, the Court further orders that the time from January 7, 2013 through

February 4, 2013 is excluded from time calculations under the Speedy Trial Act, 18 U.S.C. § 3161.

IT IS SO ORDERED.

DATED: ~~FDICFH~~

_____
THE HONORABLE RONALD M. WHYTE
United States District Court Judge

*/s/ Ronald M. Whyte*