MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

HANLEY CHEW (CABN 189985)
Assistant United States Attorneys
  150 Almaden Boulevard, Suite 900
  San Jose, CA 95113
  Telephone: (408) 535-5061
  Fax:  (408) 535-5066
  E-Mail: hanley.chew@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE  DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-00720 RMW |
| ) | |
| Plaintiff, ) | STIPULATION AND [] |
| ) | ORDER CONTINUING DEFENDANTS' |
| v. ) | SENTENCING |
| ) | |
| YEZHOU ZHAO, and ) | |
| ) | |
| SHENG QIANG, ) | |
| ) | |
| Defendants. ) | |

The parties, including the defendant, stipulate as follows:

1. The defendants Yezhou Zhao and Sheng Qiang ("defendants") are both currently scheduled to be sentenced by this Court on May 28, 2013.

2. Defendants are currently working to make restitution to the victim in this case.  Defense counsel needs additional time to resolve this issue.

3. Defendants have scheduled interviews with the United States Probation Office in early May 2013.  After the interviews, the Probation Office will need additional time to complete the Presentence Report ("PSR") and the parties will need time to review the PSR.

4. The Probation Office does not object to the continuance requested by the parties.

STIP & [] ORDER
CR 09-00720 RMW

1  Given these circumstances, the parties request that the Court continue defendant's
2  sentencing from May 28, 2013 through July 8, 2013.
3  IT IS SO STIPULATED.

5  DATED: 4/29/13                    /s/
6                                    FRANK UBHAUS
                                     Attorney for Defendant
                                     YEZHOU ZHAO

9  DATED: 4/29/13                    /s/
                                     PAUL MELTZER
                                     Attorney for Defendant
10                                   SHENG QIANG

12 DATED: 4/29/13                    /s/
                                     HANLEY CHEW
                                     Assistant United States Attorney
13                                   Attorney for Plaintiff
                                     UNITED STATES OF AMERICA

### [] ORDER

Having considered the stipulation of the parties and finding good cause, the Court orders that the sentencings of defendants Yezhou Zhao and Sheng Qiang be continued from May 28, 2013 through July 8, 2013.

IT IS SO ORDERED.

DATED: _____            _Ronald M. Whyte_
                                 THE HONORABLE RONALD M. WHYTE
                                 United States District Court Judge

STIP & [] ORDER
CR 09-00720 RMW