Frank R. Ubhaus, CA State Bar No. 46085
Berliner Cohen
Ten Almaden Boulevard
Eleventh Floor
San Jose, California 95113-2233
Telephone: (408) 286-5800
Facsimile: (408) 998-5388
frank.ubhaus@berliner.com

Attorneys for Defendant Yezhou Zhao

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 5:09-CR-00720-RMW |
| v. | STIPULATION AND ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE |
| YEZHOU ZHAO | |
| Defendant. | |

1  WHEREAS, on July 22, 2013 this Court imposed sentence on Yezhou Zhao following his
2  plea of guilty to Counts One and Four of the Indictment in this matter (the remaining counts then
3  being dismissed on motion of the United States), and
4
5  WHEREAS, that sentence imposed a term of imprisonment of 33 months to be followed by
6  a period of supervised release of 3 years and a restitution order in the amount of $400,000, and
7
8  WHEREAS, the restitution ordered as part of the sentence in this matter has been fully
9  satisfied and Yezhou Zhao has now completed his term of imprisonment and is now on supervised
10 release, and
11
12 WHEREAS, Yezhou Zhao has no significant contacts in the United States and his family,
13 including his wife and young child, are citizens and residents of The People's Republic of China,
14 and Yezhou Zhao was a resident of China before returning to the United States to resolve the instant
15 Indictment, and
16
17 WHEREAS, the United States, through the United States Attorney's Office for the Northern
18 District of California, and the defendant are in agreement that the interests of justice in this matter
19 would be best served by a modification of the conditions of Yezhou Zhao's supervised release that
20 would allow him to return to China,
21
22 ACCORDINGLY, based on the above recitals and the stipulation of the parties, it is hereby
23 ordered that the conditions of Yezhou Zhao's supervised release should be, and the same are hereby,
24 modified to permit Yezhou Zhao to return to The People's Republic of China. It is further hereby
25 ordered that in the event Yezhou Zhao returns to the United States prior to the termination of his
26 period of supervised release he shall within 24 hours of such return contact the United States
27 Probation Office for the Northern District of California to complete the remaining term of the
28

1  supervised release period. All other conditions of the supervised release ordered in this matter shall
2  remain in effect unless modified by the probation officer assigned to Yezhou Zhao's supervision.
3
4  SO STIPULATED:
5  DATED:  JANUARY 5, 2015            BERLINER COHEN
6
7                                     BY:  /s/ FRANK R. UBHAUS
                                           FRANK R. UBHAUS
8                                          ATTORNEYS FOR  DEFENDANT YEZHOU ZHAO
9
   DATED:  JANUARY 5, 2015            UNITED STATES ATTORNEY
10
11
                                      BY:  /s/ HANLEY CHEW
12                                         HANLEY CHEW
                                           ATTORNEYS FOR  PLAINTIFF UNITED STATES
13 SO ORDERED:
14
15 DATED:  [illegible]
16
                                      BY:  *Ronald M. Whyte* (signature)
17                                         HONORABLE RONALD M. WHYTE
                                           UNITED STATES JUDGE OF THE NORTHERN
18                                         DISTRICT OF CALIFORNIA